UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

SHEYERMAN D. MIXON,

                Petitioner,                ORDER

    v.                                    Case No. 08-cv-156-bbc

CAROL HOLINKA, Warden,
Federal Correctional Institution
Oxford, Wisconsin,

                Respondent.

---

The court having been advised by counsel for the parties that the court may enter an order dismissing the petition herein for the reason that the matter is now moot, this case is DISMISSED.

Entered this _4th_ day of April, 2008.

                                                      /s/ Barbara B. Crabb
                                                      Barbara B. Crabb
                                                      District Judge